UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WHITE OAK POWER CONSTRUCTORS, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Judge Gary Feinerman |
| | ) | |
| v. | ) | |
| | ) | Case No.: 1:18-cv-03431 |
| LEXINGTON INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Plaintiff White Oak Power Constructors and Defendant, Lexington Insurance Company (collectively, the Parties), by and through their undersigned counsel, hereby stipulate and agree that pursuant to the Parties' agreement to arbitrate their dispute, all claims against the Parties in this lawsuit shall be dismissed without prejudice and with each Party to bear its own costs. The Parties' agreement to arbitrate is contingent on proceeding under the jurisdiction of the American Arbitration Association ("AAA"), though the parties agree that the arbitration clause at Section V.N. of the Parties' policy of insurance shall govern to the extent that clause is inconsistent with any otherwise applicable AAA rules. Further, the Parties agree to hold any arbitration hearing in Chicago, IL. The Parties further stipulate and agree that the Court shall retain jurisdiction over this matter for the purpose of enforcing their agreement to arbitrate.

Date:   August 7, 2018                              Respectfully submitted,

                                                    FREEBORN & PETERS LLP

                                                    By:    /s/ Robin C. Dusek_____

Steven D. Pearson
Robin C. Dusek
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
Tel:  (312) 360-6000
E-mail:  sdpearson@freeborn.com
rdusek@freeborn.com
Attorneys for Plaintiff


KAUFMAN DOLOWICH VOLUCK

By:     /s/ David Brown_____

David Brown
135 South LaSalle Street, Suite 2100
Chicago, IL  60603
Tel:  (312) 646-6744
E-mail:  dbrown@kdvlaw.com
Attorney for Defendant


4514325v1/32414-0002

## Certificate of Service

      The undersigned hereby certifies that a copy of the foregoing Joint Stipulation of Dismissal without Prejudice has been filed electronically this 7th day of August, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        By:    /s/ Robin C. Dusek_____